# United States District Court
# District of Utah

**Gary P. Serdar**
Clerk of Court

May 28, 2025

Benjamin Nelson.
Black Rock Law Group
5295 S Commerce Drive, Suite 205
Salt Lake City, UT 84107
Tele: 801-664-0971
Email: Ben@blackrocklaw.net


RE:   Notice of Ineligible Attorney
      Counsel for: Plaintiff

Dear: Benjamin

A case was filed with the U.S. District Court for the District of Utah. The clerk is unable to add you as counsel for plaintiff/defendant for one of the reasons below.

1. Attorney is in inactive status.

If you do not intend to continue representing the client, it is counsel's responsibility under Local Rule 83-1.4(b) (2) to alert their client of their responsibility to secure other counsel or appear pro se within 21 days.

Gary P. Serdar, Clerk

*[signature]*

By: [Stephanie]
Deputy Clerk

Orrin G. Hatch United States Courthouse • 351 S. West Temple, Rm 1.100, Salt Lake City, UT 84101 • (801) 524-6100 • www.utd.uscourts.gov